IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBIN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV420-062 |
| | ) |
| C.R. BARD INCORPORATED and | ) |
| BARD PERIPHERAL VASCULAR | ) |
| INCORPORATED, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 24.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 24) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of April 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA